IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARKESHA PERKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **Case No.: 1:14-cv-9338** |
| | ) |
| CREDIT COLLECTION SERVICES, | ) **Notice of Settlement** |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.


Dated: May 26, 2015        BY: */s/ Amy L. Bennecoff Ginsburg*
                                                                            Amy L. Bennecoff Ginsburg, Esquire
                                                                            Kimmel & Silverman, P.C.
                                                                            30 East Butler Ave.
                                                                            Ambler, PA 19002
                                                                            Phone: (215) 540-8888
                                                                            Facsimile: (215) 540-8817
                                                                            Email: aginsburg@creditlaw.com
                                                                            Attorney for the Plaintiff

**Certificate of Service**

I hereby certify that on this 26th day of May, 2015, a true and correct copy of the foregoing pleading served via ECF to the below:

>Palak N. Shah, Esq.
>Hinshaw & Culbertson, LLP
>222 N. LaSalle Street
>Suite 300
>Chicago, IL 60601
>pshah@hinshawlaw.com

>*/s/ Craig Thor Kimmel*
>Craig Thor Kimmel, Esquire
>Attorney ID #2790038
>Kimmel & Silverman, P.C.
>1001 Avenue of the Americas, 12th Floor
>New York, NY 10018
>Phone: (212) 719-7543
>Facsimile: (877) 617-2515
>Email: kimmel@creditlaw.com
>Attorney for the Plaintiff